# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILIAN JOHN TILIAN, | Case No. 1:26-cv-01484-EPG-HC |
| Petitioners, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., | |
| Respondents. | |

Pursuant to the parties' joint statement (ECF No. 18), the Court HEREBY ORDERS that:

1. On or before April 15, 2026, Petitioner's counsel SHALL FILE a Reply to the Response to Order and Answer to Petition (ECF No. 12) and Motion to Dismiss (ECF No. 11); and

2. On or before April 22, 2026, Respondents MAY FILE a surreply to Petitioner's Reply.

IT IS SO ORDERED.

Dated: __**April 1, 2026**__                    /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE