# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILIAN JOHN TILIAN,<br><br>                  Petitioners,<br><br>          v.<br><br>WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>                  Respondents. | Case No. 1:26-cv-01484-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL OF PETITION AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 20) |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 8–10, 14.)

On March 6, 2026, Respondents filed a motion to dismiss and answer to the petition. (ECF Nos. 11, 12.) On March 19, 2026, the Court appointed counsel for Petitioner. (ECF No. 16.) On March 30, 2026, the parties filed a joint statement, and the Court issued a briefing schedule on April 1, 2026. (ECF Nos. 18, 19.)

On April 6, 2026, Petitioner filed the instant request for voluntary dismissal. (ECF No. 20.) As Respondents have filed an answer, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Generally, Rule 41(a)(2) grants a district court discretion to dismiss a case with or without

1

prejudice." Kamal v. Eden Creamery, LLC, 88 F.4th 1268, 1279 (9th Cir. 2023). "But we have cabined that discretion by repeatedly holding that '[w]here the request is to dismiss without prejudice, [a] District Court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result.'" Id. at 1279–80 (alterations in original) (citations and some internal quotation marks omitted). Here, Respondents have not filed an opposition to the request for voluntary dismissal. Accordingly, the Court will grant Petitioner's request.

Based on the foregoing, the Court HEREBY ORDERS that:

1. Petitioner's request for voluntary dismissal (ECF No. 20) is GRANTED; and

2. The Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:    **May 13, 2026**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE